UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

PATRICK GOTTSCHALK,

    Plaintiff,

CASE NO: 10-cv-11039

v

HON. THOMAS L. LUDINGTON

GEORGE ORDUS FORD,

    Defendant.
_____/

| | |
|---|---|
| Victor J. Mastromarco, Jr. (P34564) | Suzanne P. Bartos (P36490) |
| Manda L. Westervelt (P62597) | Plunkett Cooney |
| The Mastromarco Firm | Attorneys for Defendant |
| Attorneys for Plaintiff | 535 Griswold, Suite 2400 |
| 1024 N. Michigan | Detroit MI 48226 |
| Saginaw, MI 48602 | (313) 983-4741 |
| (989) 752-1414 | Fax: (313) 983-4350 |
| Fax: (989) 752-6202 | sbartos@plunkettcooney.com |
| vmastromar@aol.com | |

_____/

## STIPULATED ORDER ADJOURNING SETTLEMENT CONFERENCE

    At a session of said Court,
    held in the Federal Building,
    City of Bay City,
    State of Michigan on October 28, 2010

    PRESENT: Honorable Thomas L. Ludington

**THIS HONORABLE COURT,** having reviewed the stipulation of the parties below, does;

**ORDER THAT** the settlement conference in this matter currently scheduled for November 10, 2010 be, and the same hereby is, adjourned until sometime after the hearing on Defendant's Motion for Summary Judgment, currently scheduled for January 11, 2011.

**IT IS SO ORDERED.**

                                                              s/Thomas L. Ludington
                                                              THOMAS L. LUDINGTON
                                                              United States District Judge

Dated: October 28, 2010

Approved as to form by:


s/with consent of Victor J. Mastromarco, Jr.
Victor J. Mastromarco, Jr. (P34564)
Manda L. Westervelt (P62597)
The Mastromarco Firm
Attorneys for Plaintiff


s/Suzanne P. Bartos
Suzanne P. Bartos (P36490)
Plunkett Cooney
Attorneys for Defendant

---

**PROOF OF SERVICE**

The undersigned certifies that a copy of the foregoing order was served upon each attorney or party of record herein by electronic means or first class U.S. mail on October 28, 2010.

                                        s/Tracy A. Jacobs
                                        TRACY A. JACOBS